UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

LINDEN W ELLENBAUM

**UNCLAIMED DIVIDENDS FOR
DEPOSIT TO REGISTRY FUND**

Debtor(s)      **CASE NO. BKY 07-41486 RJK**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Cardiovascular Consultants in the amount of $6.41, were unclaimed.

CREDITOR:
Cardiovascular Consultants
300 Oakdale Ave N, Suite 200
Minneapolis, MN 55422

ACCOUNT NUMBER:
54885

CLAIM NUMBER:      AMOUNT:
2                  $6.41

RECEIVED
11 MAR 21 AM 9:31
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

**Jasmine Z. Keller, Trustee**

Dated: March 18, 2011

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee